DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Wright<br><br>Case below:<br>160 N.C. App. 251 | No. 476P03 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-744) | Denied |
|---|---|---|---|
| State Auto Prop. &<br>Cas. Ins. Co. v.<br>Rankin<br><br>Case below:<br>159 N.C. App. 467 | No. 521P03 | Plt's PWC to Review the Decision of the<br>COA (COA02-1202) | Denied |
| Warnock v. CSX<br>Transp., Inc.<br><br>Case below:<br>159 N.C. App. 215 | No. 462P03 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA02-568) | Denied |
| Widener v. Widener<br><br>Case below:<br>159 N.C. App. 469 | No. 469P03 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA02-1242)<br><br>2. Def's PWC to Review the Decision<br>of the COA | 1. Denied<br><br>2. Denied |

## PETITION TO REHEAR

| Wise v. Harrington<br>Grove Cmty. Ass'n<br><br>Case below:<br>357 N.C. 396 | No. 428A02 | Defs' Petition for Rehearing | Denied<br>**10/31/03** |
|---|---|---|---|